UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 13-135 |
| v. | * | SECTION: "G" |
| JONATHAN JOHNSON | * | |
| | * * * | |

## FINAL ORDER OF FORFEITURE

**WHEREAS**, on April 29, 2014, this Court entered a Preliminary Order of Forfeiture, ordering the defendant to forfeit the following properties:

> Acer Laptop Computer with Serial Number: 95119656410;
>
> Cyber Power PC Tower;
>
> Apevia Tower;
>
> Seagate 3TB External Hard Drive;
>
> Western Digital External Hard Drive;
>
> Samsung Tablet Computer;
>
> Samsung Cell Phone,

**AND WHEREAS**, between May 1, 2014 and May 30, 2014, the United States published at www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication date for a hearing to adjudicate the validity of any alleged interest in the properties,

**AND WHEREAS,** the time period for filing third party claims has expired and no timely claim has been filed.

**IT IS HEREBY ORDERED, ADJUDGED and DECREED:**

1. That the following properties are hereby forfeited to the United States of America pursuant to 18 U.S.C. §2253:

> Acer Laptop Computer with Serial Number: 95119656410;
>
> Cyber Power PC Tower;
>
> Apevia Tower;
>
> Seagate 3TB External Hard Drive;
>
> Western Digital External Hard Drive;
>
> Samsung Tablet Computer;
>
> Samsung Cell Phone.

2. That all right, title and interest to the properties described above, whether real, personal, mixed and/or otherwise, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of in accordance with law.

3. That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, as well as any income derived as a result of the United States Marshal's management of any property forfeited herein, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 28 U.S.C. §524(c) and 21 U.S.C. §881(e).

4. That the United States District Court shall retain Jurisdiction in this case for the purposes of enforcing this Order.

New Orleans, Louisiana, this 2nd day of April, 2015.

*Nannette Jolivette Brown*
_____
UNITED STATES DISTRICT JUDGE