UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 13-135 |
| v. | * | SECTION: "G" |
| JONATHAN JOHNSON | * | |

\* \* \*

## GOVERNMENT'S MOTION AND INCORPORATED MEMORANDUM TO CANCEL RESTITUTION HEARING

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully submits the following:

On February 12, 2015, the defendant, Jonathan Johnson, was sentenced by this Honorable Court to a term of imprisonment of two hundred fifty-two (252) months for operating a child exploitation enterprise in violation of Title 18, United States Code, Section 2252A(g). This Honorable Court set June 18, 2015 for a hearing to determine restitution for any potential identified victims. As of the date of the filing of this motion, neither the U.S. Attorney's Office nor the Office of U.S. Probation has received any requests for restitution. Accordingly, and with the consent of the defendant, the Government respectfully requests this court to cancel the restitution hearing scheduled for June 18, 2015 as moot.

**WHEREFORE,** for the aforementioned reasons the Government respectfully requests that this motion be granted.

                                    Respectfully submitted,

                                    KENNETH ALLEN POLITE, JR.
                                    UNITED STATES ATTORNEY

                                    s/Brian M. Klebba
                                    BRIAN M. KLEBBA
                                    Assistant United States Attorney
                                    650 Poydras Street, Suite 1600
                                    New Orleans, Louisiana 70130
                                    Telephone: (504) 680-3079

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Samuel Scillitani.

                                    s/Brian M. Klebba
                                    Brian M. Klebba
                                    Assistant United States Attorney