UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 13-135 |
| v. | * | SECTION: "G" |
| JONATHAN JOHNSON | * | |

\* \* \*

**O R D E R**

Considering the foregoing;

**IT IS HEREBY ORDERED** that the restitution hearing scheduled for June 18, 2015, is cancelled as moot as this Court has been informed by the U.S. Attorney's Office that no requests for restitution have been received by the U.S. Attorney's Office or the Office of U.S. Probation.

**NEW ORLEANS, LOUISIANA,** this __3rd__ day of June, 2015.

_____
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE